**FILED**
MAR 0 6 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11cr4324-GT |
| Plaintiff, ) | |
| v. ) | |
| ENRIQUETA ORTIZ, ) | ORDER GRANTING JOINT MOTION TO CONTINUE HEARING |
| Defendant. ) | |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for March 5, 2012 at 9:30 a.m., be rescheduled to March 15, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 3-5-12

_/s/ Gordon Thompson Jr._
HONORABLE GORDON THOMPSON, JR.
United States District Judge